UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| KEVIN WORD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIV. NO. 1:21-cv-00074 |
| | ) | (COLLIER/GUYTON) |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

# **M E M O R A N D U M**

Before the Court is the parties' Joint Motion to Remand (Doc. 17). For the reasons stated herein, the parties' Joint Motion will be **GRANTED**.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S. Ct. 2625, 2629 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98, 111 S. Ct. 2157, 2163 (1991).

Upon receipt of the Court's remand order, the Appeals Council of the Social Security Administration **SHALL REMAND** the case with instructions to conduct a new hearing and further evaluate Plaintiff's medical impairments and his subjective complaints.

Accordingly, the parties' Joint Motion is hereby **GRANTED.**

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

/s/
_____
United States District Judge
Curtis L. Collier