UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

KEVIN WORD,                                    )
                                               )
        *Plaintiff*,                           )
                                               )    Case No. 1:21-cv-74
v.                                             )
                                               )    Judge Curtis L. Collier
COMMISSIONER OF SOCIAL SECURITY,               )    Magistrate Judge Jill E McCook
                                               )
        *Defendant*.                           )

## **O R D E R**

On April 21, 2026, United States Magistrate Judge Jill E. McCook filed a report and recommendation (the "R&R") in this case, pursuant to 28 U.S.C. § 636(b) and the standing orders of this Court. (Doc. 31). No objection has been filed to the R&R within the given fourteen days. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R (Doc. 31). Plaintiff's motion for attorney fees (Doc. 24) is **GRANTED IN PART** and **DENIED IN PART**, and the Court **GRANTS** Plaintiff's amendment to the motion (Doc. 30).

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**